MAR 26 2025 PM3:23
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:25CR48(KAD) (RAR) |
| v. | |
| PAUL R. STEED | March 26, 2025 |

## MOTION FOR PRE-TRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.   Eligibility of Case

This case is eligible for pretrial detention because it involves a serious risk that the defendant will flee.

II.   Reason for Detention

The court should detain the defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required.  Specifically, the reasons for detention include: the weight of the evidence against the defendant is strong; he is subject to a lengthy period of incarceration if convicted; he has significant family ties outside the United States; he is a naturalized U.S. citizen who still holds Argentinian citizenship and an Argentinian passport; he traveled on his Argentinian passport as recently as February 2024; there are millions of dollars in stolen funds still unaccounted for; the defendant has sent more than $2 million to Argentina since 2017, and thus would have access to substantial resources should he flee; the defendant is believed to own property in Argentina; and if the defendant flees to Argentina, it would be a lengthy and uncertain process to attempt to get him back to the United States.

III.     Time for Detention Hearing

The Government requests that the court conduct the detention hearing at the defendant's first appearance.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

2

CERTIFICATE OF SERVICE

      This is to certify that on March 26, 2025, a copy of the foregoing Motion was served by hand on counsel for the defendant.

                                                  DAVID E. NOVICK  
                                                  ASSISTANT UNITED STATES ATTORNEY