**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------x
:
UNITED STATES OF AMERICA  :
: Case No. 25 CR 48 (KAD)
:
v. :
:
PAUL STEED, :
:
      Defendant. : September 3, 2025
:
------------------------------------------------------x

**DEFENDANT PAUL STEED'S MOTION**
**ON CONSENT TO ADJOURN CHANGE OF PLEA HEARING**

Defendant Paul Steed respectfully moves, with the consent of the government, to adjourn the change of plea hearing currently scheduled for September 4, 2025 to September 11, 2025, or another date during the week of September 8, 2025 that is convenient for the Court. As the parties are actively engaged in ongoing plea discussions, they request that the Court exclude the time of this adjournment in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). Jury selection is currently stayed in light of the pending change of plea.

In support of this motion, Mr. Steed states as follows:

1. This is the first request for an adjournment of the change of plea hearing.

2. The government consents to the requested adjournment.

3. The requested adjournment will provide the parties additional time needed to continue discussions regarding a potential resolution and to continue working on restitution-related issues.

WHEREFORE, Mr. Steed respectfully moves the Court to adjourn the change of plea hearing currently scheduled for September 4, 2025 to September 11, 2025, or another date during the week of September 8, 2025 that is convenient for the Court.

Dated: September 3, 2025                           Respectfully submitted,

                                                   FINN DIXON & HERLING LLP

                                                   By:  /s/ *Deirdre M. Daly*
                                                        Deirdre M. Daly (ct23128)
                                                        David R. Allen (ct30827)
                                                        6 Landmark Square
                                                        Stamford, CT 06901-2704
                                                        (203) 325-5000
                                                        ddaly@fdh.com
                                                        dallen@fdh.com

                                                        *Counsel for Defendant Paul Steed*

## **CERTIFICATION**

      I hereby certify that on September 3, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Deirdre M. Daly
      Deirdre M. Daly (ct23128)
      FINN DIXON & HERLING LLP
      Six Landmark Square
      Stamford, CT 06901-2704
      Tel: (203) 325-5000
      Fax: (203) 325-5001
      E-mail: ddaly@fdh.com